NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

JAMES L. WALKER, JR., ESQ. *(will comply with LR IA 11-2 within 14 days)*
jjwalker@walkerandassoc.com
WALKER & ASSOCIATES LLC
The Walker Building
3421 Main Street, Suite A
Atlanta, GA 30337
Telephone: 770.847.7363

*Attorneys for Defendant Alex Oladele*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RESEAU DOCTEUR, INC., a Delaware Corporation,<br>        Plaintiff,<br>v.<br>ALEX OLADELE, an individual,<br>        Defendant. | Case No.: 2:21-cv-01795-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT ALEX OLADELE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Alex Oladele ("Mr. Oladele"), by and through his counsel of record, the law firms of Peterson Baker, PLLC and Walker & Associates LLC, and Plaintiff Réseau Docteur, Inc., ("RDI"), by and through its counsel of record, the law firm of Greenspoon Marder LLP, hereby stipulate and agree, subject to the Court's approval, as follows:

    1.    RDI filed its Complaint [ECF No. 1] ("Complaint") on September 28, 2021.

    2.    Copies of the Summons and the Complaint were served on Mr. Oladele on October 25, 2021.  (*See* Affidavit of Service [ECF No. 11].)

    3.    Mr. Oladele's legal counsel were recently retained and require additional time to investigate the allegations in the Complaint and Mr. Oladele's defenses to these allegations.

4. To facilitate his counsel's investigation, and in light of the upcoming Thanksgiving holiday, Mr. Oladele is permitted an additional eighteen (18) days, or until and including December 3, 2021, to file and serve his answer or other response to the Complaint.

5. If Mr. Oladele files and serves a Fed. R. Civ. P. 12(b) motion on or by December 3, 2021, the parties will submit a separate stipulation and proposed order for the Court's review and approval setting forth a briefing schedule for the motion, which will include giving RDI until and including January 20, 2022, to file and serve its response to the motion.

6. Mr. Oladele expressly reserves, and does not waive, the right to assert any and all defenses to RDI's Complaint, including, but not limited to, lack of personal jurisdiction.

7. This stipulation is not for the purpose of delay and does not prejudice any party.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

8.  This is the first stipulation for an extension of time to answer or otherwise respond to the Complaint.

Respectfully submitted this 16th day of November, 2021.

| PETERSON BAKER, PLLC | GREENSPOON MARDER LLP |
|---|---|
| By: /s/ Nikki L. Baker<br>NIKKI L. BAKER, ESQ. (#6562)<br>nbaker@petersonbaker.com<br>DAVID E. ASTUR, ESQ. (#15008)<br>dastur@petersonbaker.com<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone:  702.786.1001<br>Facsimile:  702.786.1002<br><br>JAMES L. WALKER, JR., ESQ.<br>*(will comply with LR IA 11-2 within 14 days)*<br>jjwalker@walkerandassoc.com<br>WALKER & ASSOCIATES LLC<br>The Walker Building<br>3421 Main Street, Suite A<br>Atlanta, GA 30337<br>Telephone: 770.847.7363<br><br>*Attorneys for Defendant Alex Oladele* | By: /s/ Phillip A. Silvestri<br>ALAN S. CLARKE, ESQ.<br>*Admitted Pro Hac Vice*<br>alan.clarke@gmlaw.com<br>Promenade II<br>130 Peachtree Street, NE, Suite 1900<br>Atlanta, GA 30303<br>Telephone: 404.816.9800<br><br>PHILLIP A. SILVESTRI, ESQ. (#11276)<br>Phillip.Silvestri@gmlaw.com<br>GREENSPOON MARDER LLP<br>3993 Howard Hughes Parkway, Ste. 400<br>Las Vegas, NV 89169<br>Telephone: 702.978.4249<br>Facsimile: 954.333.4256<br><br>*Attorneys for Plaintiff Réseau Docteur, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  11-18-2021

3